UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Meredith N. Lesser-Gonzalez         **Case Number:** 09-22675         **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**

#7 Expedited Motion filed by Debtor Meredith N. Lesser-Gonzalez to Consolidate Lead Case 09-22675 with 09-22676.

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
__7__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Motion is allowed to the extent the Debtor seeks joint administration of this case with related case No. 09-22676.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Joan N. Feeney

_____                  _____ Dated: 01/08/2010
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge